Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, the court, in order to compensate for foreign substances on the outside of certain cheese, granted: (1) 2½ percent allowance for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269, and (2) an allowance for the weight of the paper or foil, or both, in which certain cheese was wrapped, following *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955). Protests sustained to this extent.

**No. 48940.**—Protests 639442–G, etc., of E. Cerruti, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and cited cases, the following allowances were made by the court to compensate for foreign substances on the outside of certain cheese: (1) 2½ percent for cheese similar to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706) and Abstracts 42146 and 48269; (2) 1 percent for cheese similar to Reggiano cheese the subject of said C. D. 706; and (3) 2 percent for cheese similar to Moliterno cheese the subject of Abstract 41794.

OCTOBER 29, 1943

**No. 48941.**—SUIT 4382.—*De Fremery &*
*Co.* v. *United States.* C. D. 587 modified. C. A. D. 253.

BEFORE THE FIRST DIVISION, NOVEMBER 3, 1943

**No. 48942.**—Protests 821890–G, etc., of Man Kee (Boston).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48943.**—Protests 980150–G, etc., of Lun Tai & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 48944.**—Protests 988406–G, etc., of Q. W. Lung Co. (Boston).

Opinion by Cole, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained to this extent.

Before the Second Division, November 3, 1943

**No. 48945.**—Protest 756338–G/82553 of Stern McGivney Co. (Chicago).

Opinion by Tilson, J. The record showed that certain items consist of hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith this claim was sustained.

**No. 48946.**—Protests 774948–G, etc., of Caradine Hat Co. (Seattle).

Opinion by Tilson, J. The record showed that certain items consist of harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at only 25 percent ad valorem was sustained.

**No. 48947.**—Protests 552147–G, etc., of Irving L. Hartman Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel certain of the hats found to be harvest hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) were held dutiable at 25 percent under paragraph 1504 (b) (5), and certain other hats similar to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) were held dutiable as hemp hats, not bleached, at 25 percent under paragraph 1504 (b) (1), as claimed.

**No. 48948.**—Protests 17158–K, etc., of Wm. Filene's Sons Co. et al. (Boston, etc.).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, November 8, 1943

**No. 48949.**—Petition 6154–R of A. W. Fenton Co. (Cleveland).

Opinion by Ekwall, J. It appeared from the testimony of the president of the firm of customs brokers that he inquired for information from the appraiser's office but was told they had none, that the importer was accustomed to receive this merchandise at the rate of at least a car a month, and that there was no difference in value between these entries and the appraised value of the last preceding ones. However, subsequent to the time these entries were made,